**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID LAWRENCE GATEWOOD,

    Plaintiff,

v.                                    Case No. 3:06-cv-41-J-32HTS

ATLANTIC SOUNDING CO., INC.,
WEEKS MARINE, INC., a/k/a
WEEKS DE PUERTO RICO, INC.,

    Defendants.

_____

**O R D E R**

On August 14, 2006, Defendants filed the Motion to Withdraw Exhibit D of 11 August 2006 Response From the Court File (Doc. #16). The Motion to Delete From Pacer Defendants' Exhibits "A", "C" and "D" to Response to Motion for Leave to Amend (Doc. #15) (Doc. #17) was filed by Plaintiff the same day.[1] The Response to Plaintiff's Motion to Delete From Pacer Defendants' Exhibits "A," "C" and "D" to Response to Motion for Leave to Amend (Doc. #18) was filed on August 15, 2006.

It appears all parties view at least part of Defendants' Response to Plaintiff's Motion for Leave to Amend Complaint (Doc. #15; Response) as inappropriately filed. In light of this, and given that Defendants did not separate their exhibits, but rather filed them electronically as a single document, the Motions (Docs.

---

    [1]    Collectively, the two filings will be referred to as the Motions.

##16, 17) are **GRANTED** to the extent the Response (Doc. #15) is **STRICKEN.** Defendants shall, within three (3) days from the date of this Order, resubmit the Response with the offending information removed therefrom.  Otherwise, the Motions are **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this  17th  day of August, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any